UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEKEISHA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-739-JPG |
| ) | |
| ORGANON USA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Plaintiff Dekeisha Jones' failure to respond to the Court's Memorandum and Order (Doc. 4) of October 12, 2010.

In said order, the Court required Jones to correct the defective jurisdictional allegations contained in her Complaint (Doc. 2) by October 29, 2010. (Doc. 4, p. 2). Despite this clear mandate, Jones did not submit an amended complaint.

Being fully advised of the premises, the Court hereby **ORDERS** Jones to **SHOW CAUSE** on or before **November 19, 2010**, why the Court should not construe her failure to timely respond to the Court's order as an admission that diversity jurisdiction does not exist. If Jones does not respond to this order, this case shall be dismissed accordingly.

**IT IS SO ORDERED.**
**DATED: November 4, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
